DU BOIS et al., Respondents, v. ZIMMERMAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 13, 1902.) Action by Charles B. Du Bois and another against John J. Zimmerman and another.

PER CURIAM. Judgment modified, by reducing the judgment in favor of each plaintiff by the sum of $9.89, and, as thus modified, affirmed, without costs. See 74 N. Y. Supp. 1125.

DURBROW, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by William Durbrow against the Manhattan Railway Company. A. O. Townsend, for appellant. W. G. Peckham, for respondent. No opinion. Judgment affirmed, with costs.

In re DWYER. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the application of Keron F. Dwyer for admission to the bar. No opinion. Application granted.

EARLEY v. KEEGAN et al. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Cornelius J. Earley against Bridget Keegan, as administratrix, and another. No opinion. Motion denied.

In re EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) In the matter of the application of the Edison Electric Illuminating Company of Brooklyn for a peremptory writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of In re Smallwood, 63 App. Div. 329, 71 N. Y. Supp. 499.

EIDMAN et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Albert Eidman and another against the Manhattan Railway Company. S. Smith, for appellant. W. G. Peckham, for respondents.

PER CURIAM. Judgment modified, by reducing amount awarded for fee damage to $5,000, and, as modified, affirmed, without costs to either party.

ELINSKY, Respondent, v. STUYVESANT INS. CO., Appellant. (City Court of New York, General Term. January, 1902.) Action by Meyer Elinsky against the Stuyvesant Insurance Company of the city of New York. Maxwell Hall Elliott, for appellant. Alexander Rosenthal, for respondent. No opinion. Judgment affirmed, with costs.

ENGELKING, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Henry Engelking against the Third Avenue Railroad Company. J. T. Little, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs.

ENRIGHT, Respondent, v. AMERICAN BELGIAN LAMP CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by John Enright against the American Belgian Lamp Company. No opinion. Judgment and order affirmed, with costs. See 49 N. Y. Supp. 739, and 55 N. Y. Supp. 397.

ERIE R. CO. v. STEWARD et al. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by the Erie Railroad Company against Mary Anna Steward and others. No opinion. Motion granted, and Hon. Cornelius L. Waring appointed referee.

In re EYANSON. (Supreme Court, Appellate Division, Second Department. April 15, 1902.) In the matter of the application of Francis E. Eyanson for admission to the bar. No opinion. Application granted.

FITZGERALD v. ATLANTA HOME INS. CO. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) Action by Mary Fitzgerald against the Atlanta Home Insurance Company. No opinion. Judgment and order unanimously affirmed, with costs. See 70 N. Y. Supp. 552.

FITZGERALD, Respondent, v. JOHN H. SCHULTS CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Michael H. Fitzgerald against the John H. Schults Company. No opinion. Judgment and order unanimously affirmed, with costs.

FLEMING, Appellant, v. CITY REAL ESTATE CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Henrietta Isabelle Fleming against the City Real Estate Company and Haulsey Trenchard. No opinion. Judgment affirmed, with costs.

FLETCHER et al., v. McKEON et al. (Supreme Court, Appellate Division, First Department. May 16, 1902.) Action by Austin B. Fletcher and another against John McKeon and another. No opinion. Motion denied, with $10 costs.